JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILIBERTO CARILLO,<br><br>        Petitioner,<br><br>        v.<br><br>F. GONZALEZ, Warden,<br><br>        Respondent. | Case No. CV 11-1029-JVS (SP)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: May 7, 2014

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE